# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ARLENE FANA,

    Plaintiff,

v.                                            Case No: 8:25-cv-1201-WFJ-NHA

SELECT PORTFOLIO SERVICING, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 44)** that the above-styled action has been settled as to Defendant Experian Information Solutions, Inc. ("Experian") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Experian and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Experian.

**DONE** and **ORDERED** in Tampa, Florida on August 6, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record