UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARLENE FANA,

    Plaintiff,

v().                                    Case No: 8:25-cv-1201-WFJ-NHA

SELECT PORTFOLIO SERVICING,
INC. and TRANS UNION LLC,

    Defendants.
_____/

# O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 47)** that the above-styled action has been settled as to Defendant Trans Union LLC only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union LLC only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Trans Union LLC.

    **DONE** and **ORDERED** in Tampa, Florida on August 11, 2025.

                                               s/*William F. Jung*
                                               **WILLIAM F. JUNG**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record